IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01476-MSK-CBS

RUDOLPH JACKSON,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director for Colorado Department of Corrections,
GARY GOLDER, Director of Prisons,
KEVIN MILYARD, Warden of the Sterling Correctional Facility, and
THEIR AGENTS, individually and in their official capacities,

    Defendants.

## ORDER REGARDING COMPLIANCE WITH RULES

    **THIS MATTER** comes before the Court on the Motion to Stay Discovery Pending a Ruling on Defendants' Motion for Summary Judgment **(#25)** filed October 17, 2007. The Defendants have not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

    **IT IS THEREFORE ORDERED** that the Motion **(#25)** is **DENIED**, without prejudice.

    DATED this 17th day of October, 2007.

                                          **BY THE COURT:**

                                          _____

Marcia S. Krieger
United States District Judge