IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01476-MSK-CBS

RUDOLPH JACKSON,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director for Colorado Department of Corrections,
GARY GOLDER, Director of Prisons,
KEVIN MILYARD, Warden of the Sterling Correctional Facility, and
THEIR AGENTS, individually and in their official capacities,

    Defendants.
_____

**ORDER DENYING UNOPPOSED MOTION TO STAY DISCOVERY**
_____

**THIS MATTER** comes before the Court pursuant to the Unopposed Motion to Stay Discovery Pending a Ruling on Defendants' Motion for Summary Judgment (Unopposed Motion) **(#29)**. The Defendants did not submit a proposed order as part of the electronic filing, nor submit a proposed order in WordPerfect or Word format to chambers by electronic mail. Both acts are required by D.C. Colo. ECF Proc. V.L.2.

**IT IS THEREFORE ORDERED** that the Unopposed Motion is **DENIED**, without prejudice.

DATED this 25th day of October, 2007.

                **BY THE COURT:**

                _____
                Marcia S. Krieger
                United States District Judge