IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01476-MSK-CBS

RUDOLPH JACKSON,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director for Colorado Department of Corrections,
GARY GOLDER, Director of Prisons,
KEVIN MILYARD, Warden of the Sterling Correctional Facility, and
THEIR AGENTS, individually and in their official capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants' Second Unopposed Motion to Stay Discovery Pending a Ruling on Defendants' Motion for Summary Judgment (*doc. no. 31*) is **GRANTED**.

    IT IS FURTHER ORDERED that this case is stayed pending a decision on Defendants' Motion for Summary Judgment. Within 72 hours of their receipt of a decision, parties shall establish a conference call with Magistrate Judge Shaffer's chambers (303.844.2117) to set up a telephonic status conference.

**DATED:**    November 14, 2007