IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01476-MSK-KMT

RUDOLPH JACKSON,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director for Colorado Department of Corrections,
GARY GOLDER, Director of Prisons,
KEVIN MILYARD, Warden of the Sterling Correctional Facility, and
THEIR AGENTS, individually and in their official capacities,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Plaintiff's Motion to Dismiss Civil Suit (Motion) **(#43)** filed February 4, 2008. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED** and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 6th day of February, 2008.

                      **BY THE COURT:**

                      *Marcia S. Krieger*
                      _____
                      Marcia S. Krieger
                      United States District Judge